IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **JAMES HAROLD BISHOP, JR.,** | : | |
| Plaintiff, | : | |
| | : | NO. 4:20-CV-00033-CDL-MSH |
| VS. | : | |
| **Sheriff DONNA TOMPKINS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

Presently pending before the Court are consolidated § 1983 cases filed by Plaintiff James Harold Bishop, Jr., a prisoner most recently incarcerated in the Muscogee County Jail in Columbus, Georgia. On July 15, 2020, the United States Magistrate Judge observed that correspondence regarding the Plaintiff's other cases had been returned as undeliverable on at least two separate occasions. Mail Returned 1, May 20, 2020, ECF No. 5 in *Bishop v. Tompkins*, Case No. 4:20-cv-00085-CDL-MSH (M.D. Ga. Apr. 28, 2020) ("*Bishop I*"); Mail Returned 1, June 18, 2020, ECF No. 7 in *Bishop I*. The Magistrate Judge searched the Georgia Department of Corrections online offender query system and the Muscogee County Jail's online roster in an effort to locate Plaintiff. When those sources did not reveal Plaintiff's location, the United States Magistrate Judge notified Plaintiff that his case could not proceed without a current mailing address and that the failure to keep the Court apprised of his address was a failure to prosecute this action that could warrant its dismissal. Plaintiff was thus ordered to respond and show cause why Plaintiff's lawsuit should not be dismissed. Plaintiff was given twenty-one (21) days to respond, and he was advised that

the failure to respond would result in the dismissal of his Complaint. *See generally* Order, July 15, 2020, ECF No. 7.

The time for compliance has now passed without a response from Plaintiff, and the July 15, 2020 Show Cause Order was also returned to the Court as undeliverable (ECF No. 8). Plaintiff has not advised the Court of any change in his mailing address, and online searches of the Georgia Department of Corrections and Muscogee County Jail systems still fail to provide any information regarding Plaintiff's current whereabouts. *See* http://www.dcor.state.ga.us/GDC/Offender/Query (searched Bishop, James) (last accessed Sept. 1, 2020); https://www.columbusga.gov/sheriff/Inmate-Search/Current-Inmate-Search (searched Bishop, James) (last accessed Sept. 1, 2020). Because Plaintiff has failed to comply with the Court's instructions and orders and otherwise failed to diligently prosecute his claims, these consolidated actions are **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)). Plaintiff's pending motions (ECF Nos. 5, 6) are **DENIED as moot.**

**SO ORDERED**, this _2nd_ day of September, 2020.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA